1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

11   ALLEN RAY ADAMS II,                      NO. C 03-04994 JW

12              Petitioner,                   **CERTIFICATE OF**
         v.                                   **APPEALABILITY**
13

14   ROY CASTRO,

15              Respondent.
     _____/
16

17        Petitioner Allen Ray Adams II ("Petitioner") filed a petition for a writ of habeas corpus in this Court

18   on November 10, 2003 contesting a Humboldt County jury verdict, which resulted in a conviction of (1)

19   one count of first degree murder with a deadly weapon; (2) assault with a deadly weapon, with the intent to

20   commit great bodily harm; and (3) simple assault. Petitioner was acquitted of attempted first degree murder.

21   The First Appellate District of the California Court of Appeal affirmed the conviction and the California

22   Supreme Court denied review.

23        Thereafter, Petitioner initiated the instant action pursuant to 28 U.S.C. § 2254.  Petitioner raised

24   numerous constitutional issues, *inter alia*, his right to due process and equal protection, his right to effective

25   assistance of counsel and effective expert witness, and his right to present a defense and to have trial by

26   jury.  (See Pet. for Writ of Habeas Corpus.)  After examining the record and the papers submitted by the

27   parties in support of their respective positions, the Court denied the petition by order dated November 30,

28   2005.  On December 29, 2005, Petitioner filed a notice of appeal.

**United States District Court**
For the Northern District of California

1  Pursuant to 28 U.S.C. § 2253, an appeal may not be taken unless a judge issues a certificate of

2  appealability.  A petitioner is entitled to a certificate of appealability whenever there is "a substantial

3  showing of the denial of a constitutional right."  28 U.S.C. §2253(c)(2).  This is satisfied by a showing "that

4  jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists

5  could conclude the issues presented are adequate to deserve encouragement to proceed further."  Miller-El

6  v. Cockrell, 537 U.S. 322, 327 (2003).

7  Applying the standard set forth above, the Court certifies the appealability of the following claims

8  and issues because they "deserve encouragement to proceed further": claim two– failure to introduce

9  exculpatory evidence of intoxication; claim three–ineffective assistance in calling an expert witness who had

10  been previously arrested for cocaine possession; and claim five – numerous instances of counsel's

11  ineffectiveness.  The request for a certificate of appealability is denied in all other respects.

12  Dated: January 3, 2006                                      /s/James Ware_____
   03cv4994coa                                                 JAMES WARE

13                                                             United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                                    2

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

John R. Grele jgrele@earthlink.net
Morris Beatus morris.beatus@doj.ca.gov
Peggy S. Ruffra peggy.ruffra@doj.ca.gov

**Dated: January 4, 2006**                                    **Richard W. Wieking, Clerk**


                                                             **By:   /s/JW Chambers**
                                                                  **Melissa Peralta**
                                                                  **Courtroom Deputy**

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28